**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**ZACHERY P. HICKS,**

    **Plaintiff,**

v.                                                                    Case No.  8:03-cv-1000-T-30EAJ

**A.F.C. SYSTEMS, INC.,**

    **Defendant.**
_____/

## ORDER

THIS CAUSE comes before the Court upon Defendant's Bill of Costs.  Defendant's Motion for Summary Judgment was granted in the Order dated February 11, 2005 (Dkt. #65). Defendant now seeks costs in the amount of $2,356.95, pursuant to Fed. R. Civ. P. 54.

Costs other than attorneys' fees are permitted "as of course to the prevailing party." Fed. R. Civ. P. 54.  Included among Defendant's enumerated costs are $685.05 incurred for general photocopying and $101.60 for on-line legal research.  These costs are generally not taxable.  See e.g., Duckworth v. Whisenant, 97 F.3d 1393, 1399 (11th Cir. 1996) (holding that charges for general copying, computerized legal research, postage, and other miscellaneous expenses are not taxable).

Defendant's remaining expenses for court reporter fees, copies of courthouse records, mediation fees, and process server fees are taxable.  18 U.S.C. § 1920.  Accordingly, Defendant is entitled to $1,570.30 in costs.

It is therefore ORDERED AND ADJUDGED that the Clerk of Court is directed to **AWARD** costs to Defendant A.F.C. SYSTEMS, INC. against Plaintiff in the amount of $1,570.30.

**DONE** and **ORDERED** in Tampa, Florida on June 21, 2005.

*/s/ James S. Moody, Jr.*
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

S:\Odd\2003\03-cv-1000 Bill of Costs.wpd